# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| v. | § |
| | § CASE NUMBER 6:15-CR-00034-JDK-JDL |
| IKEELI SHAHEEM GREEN, | § |
| | § |
| Defendant. | § |

## REPORT AND RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

On February 20, 2020, the Court conducted a hearing to consider the government's petition to revoke the supervised release of Defendant Ikeeli Shaheem Green. The government was represented by Jim Noble, Assistant United States Attorney for the Eastern District of Texas, and Defendant was represented by Matthew Millslagle, Federal Public Defender.

Defendant originally pled guilty to the offense of Felon in Possession of a Firearm and Ammunition, a Class C felony. The United States Sentencing Guideline range for this offense, based on a total offense level of 12 and a criminal history category of III, was 15 to 21 months. On March 22, 2016, District Judge Michael H. Schneider sentenced Defendant to 18 months imprisonment followed by three years of supervised release, subject to the standard conditions of release, plus special conditions to include financial disclosure, drug treatment and testing, mental health treatment, and acquisition of a GED certificate. On January 25, 2017, Defendant completed the term of imprisonment and began his term of supervised release.

Under the terms of supervised release, Defendant was required to report to his probation officer in a manner and frequency directed by the Court or probation officer. In Allegation 2 of its petition, the government alleges Defendant violated the conditions of his supervised release when he failed to report to the U.S. Probation Office in Lufkin, Texas, on September 14, 2018 at

10:00 a.m. as required, and by failing to submit his monthly supervision report for the months of July and August 2018. If the Court finds by a preponderance of the evidence that Defendant violated the conditions of supervised release by failing to report to the U.S. Probation Office in Lufkin, Texas, on September 14, 2018 at 10:00 a.m. as required and by failing to submit his monthly supervision report for the months of July and August 2018, Defendant will have committed a Grade C violation. U.S.S.G. § 7B1.1(a). Upon a finding of a Grade C violation, the Court may revoke the term of supervision. U.S.S.G. § 7B1.3(a)(2). Considering Defendant's criminal history category of III, the Guideline imprisonment range for a Grade C violation is 5 to 11 months. U.S.S.G. § 7B1.4(a).

At the hearing, the parties indicated that they had come to an agreement to resolve the petition whereby Defendant would plead true to violating the conditions of supervision by committing the acts as alleged in Allegation 2 of the government's petition. In exchange, the government agreed to recommend to the Court a sentence of 11 months imprisonment, with no supervised release to follow, and a credit for time served since April 23, 2019.

The Court therefore **RECOMMENDS** that Defendant Ikeeli Shaheem Green's plea of true be accepted and he be sentenced to a term of 11 months imprisonment, with no supervised release to follow. The Court further **RECOMMENDS** that Defendant's receive credit for time served since April 23, 2019. The Court further **RECOMMENDS** that Defendant serve his sentence at FCI Texarkana, if available. The parties waived their right to objections so this matter shall be immediately presented to the District Judge for consideration.

**So ORDERED and SIGNED this 20th day of February, 2020.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE