# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| | § | **CASE NUMBER 6:15-CR-00034-JDK-JDL** |
| **v.** | § § § § | |
| **IKEELI SHAHEEM GREEN.** | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report of the Magistrate Judge, which includes his proposed findings of fact and recommendations for the disposition of this action, has been presented for consideration. The parties have waived their objections to the Report and Recommendation.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the Magistrate Judge as the findings and conclusions of this Court and **ORDERS** that Defendant Ikeeli Shaheem Green be sentenced to a period of 11 months' imprisonment with no supervised release to follow with credit for time served since April 23, 2019. The Court further **RECOMMENDS** that Defendant serve his sentence at FCI Texarkana, if available.

So **ORDERED** and **SIGNED** this **25th** day of **February, 2020.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE